AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DWIGHT WALDEN | ) Case No: 03-20566-CR-LENARD |
| | ) USM No: 69965-004 |
| Date of Original Judgment: May 7, 2004 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has been subsequently lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **188** months **is reduced to** **151 months**.

Except as otherwise provided, all provisions of the judgment dated **5/7/2004** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 23, 2014

Effective Date: November 1, 2015
*(if different from order date)*

Judge's Signature

JOAN A. LENARD, UNITED STATES DISTRICT JUDGE
*Printed name and title*