PROB 35  
(SDFL Rev. 3/18)

SD/FL PACTS No. 77715

## Report and Order Terminating Supervised Release
## Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 03-20566-CR-LENARD |
| v. | |
| Dwight Walden | |

On October 30, 2015, the above named commenced supervised release for a period of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Lynell Fahie* Lynell M. Fahie
Aug 6 2018 3:33 PM

*Senior U.S. Probation Officer*

### ORDER OF COURT

This Cause came before the Court to terminate supervised release, the Court has considered the motion, the responses, the record and the relevant factors, pursuant to 18 USC § 3553(a). It is ORDERED and AJUDGED that said motion to terminate supervised release/probation is GRANTED as it is warranted by the conduct and in the interest of justice.

Dated this ___8___ day of ___Aug.___, 20 _18_.

_Joan A. Lenard_
United States District Judge